■ ROBERT M. BREWSTER, Appellant, v CAROLYN E. SKIBA et al., Respondents. [805 NYS2d 4]—Order, Supreme Court, Bronx County (Janice L. Bowman, J.), entered July 26, 2004, which, insofar as appealed from, denied plaintiff's motion for summary judgment on the issue of whether plaintiff sustained a serious injury within the meaning of Insurance Law § 5102 (d), unanimously affirmed, without costs.

Even assuming that plaintiff satisfied his initial burden of proving a prima facie case of serious injury, the court did not abuse its discretion in denying the motion on the ground that defendants did not have an opportunity to examine plaintiff by their own physicians (CPLR 3212 [f]). Concur—Tom, J.P., Mazzarelli, Friedman, Catterson and McGuire, JJ.

■ ROBERT SCOTT LEYSE, on Behalf of Himself and All Others Similarly Situated, Appellant, v FLAGSHIP CAPITAL SERVICES CORP. et al., Respondents, et al., Defendants. [803 NYS2d 52]—

Order, Supreme Court, New York County (Charles E. Ramos, J.), entered October 18, 2004, which, to the extent appealed from, granted defendants-respondents' motion to dismiss plaintiff's class action claims, unanimously affirmed, with costs.

Plaintiff in this putative class action seeks statutory damages and injunctive relief for violations of the Telephone Consumer Protection Act (47 USC § 227). The motion court correctly dismissed the class action allegations and associated claims for class action relief since there is no statutory authorization for class recovery under the Telephone Consumer Protection Act (see CPLR 901 [b]; *Rudgayzer & Gratt v Cape Canaveral Tour & Travel, Inc.*, 22 AD3d 148 [2005]; *Ganci v Cape Canaveral Tour & Travel, Inc.*, 21 AD3d 399 [2005]; *Weber v Rainbow Software, Inc.*, 21 AD3d 411 [2005]; *Bonime v Discount Funding Assoc., Inc.*, 21 AD3d 393 [2005]). Concur—Tom, J.P., Mazzarelli, Friedman, Catterson and McGuire, JJ.